UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:13-CR-79 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| BOBBY LYNN SMITH, JR. | ) | |

## MEMORANDUM AND ORDER

Defendant Bobby Lynn Smith, Jr. ("Defendant") filed a motion to suppress evidence of

firearms and ammunition seized from his resident (Court File No. 10).  The motion was referred to

United States Magistrate Judge William B. Mitchell Carter, who held a hearing on October 29, 2013

and subsequently filed a Report and Recommendation ("R&R") concluding that Defendant's motion

should be denied (Court File No. 18).  Defendant has not made a timely objection to the R&R.

Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 18).  Accordingly,

Defendant's motion to suppress is **DENIED** (Court File No. 10).


**SO ORDERED.**

**ENTER:**


**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**